```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TARA I. ALLEN, CA Bar #235549
    Staff Attorney
 3  Designated Counsel for Service
    MEAGAN MELANSON
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6
    Attorneys for Defendant
 7  GUADALUPE DELGADO
 8
 9                  IN THE UNITED STATES DISTRICT COURT
10                FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13
    UNITED STATES OF AMERICA,  ) No. 07-CR-190-GGH
14                             )
              Plaintiff,       )
15                             ) MOTION FOR EXTENSION OF TIME TO
         v.                    ) FILE PRETRIAL MOTIONS & PROPOSED
16                             ) ORDER
    GUADALUPE DELGADO,         )
17                             )
              Defendant.       )
18                             ) Judge: Hon. Gregory G. Hollows
    _____)
19
20
21       TO: **McGREGOR W. SCOTT**, United States Attorney, and **MATTHEW**
22  **STEGMAN**, Assistant United States Attorney, Attorneys for Plaintiff:
23       **PLEASE TAKE NOTICE** that the defendant, GUADALUPE DELGADO, through
24  counsel undersigned is requesting that the date by which all pretrial
25  motions must be filed be extended from May, 29, 2007 to June 8, 2007.
26                      **JUSTIFICATION FOR REQUEST**
27       The defense asks the Court grant its request for an extension of
28  time to file any pretrial motions based on the United States Attorneys
```

1  Office's unintentional delay in sending the discovery in this matter to
2  the defense. Pursuant to Local Rule 12-430(c), all pretrial motions are
3  due 20 days after the initial appearance.  Pretrial motions are
4  generally made after discovery is received  by the defense. According
5  to Local Rule 440 the Government is required to make its initial
6  discovery disclosure within 10 court days of arraignment. Here, Mr.
7  Delgado made his initial appearance on May 8, 2007, and the defense
8  requested discovery from the government that same day.
9      Under the Local Rules, the initial discovery from the United
10 States Attorneys Office was due to the defense on May 18, 2007 and
11 pretrial motions are due on May 29, 2007. However, the defense did not
12 receive discovery on May 18th.  Instead, on May 22, 2007, Joe Cook of
13 the United States Attorneys Office contacted undersigned counsel to
14 notify her that the discovery would be delayed because he had just been
15 assigned to the case.  On May 23, 2007, twenty-four pages of discovery
16 were received in the Federal Defenders Office.  Once the discovery was
17 received, defense counsel mailed it to Mr. Delgado, who has not, to
18 date, received it.  Once he does receive it, defense counsel will need
19 to review the discovery with Mr. Delgado.
20    Because of the delays on the part of the United States Attorneys'
21 Office, the defense too has been delayed. As such, the defense asks
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 that this Court grant its request for an extension of time in which to

MOTION FOR EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS        -2-

file any pretrial motions on behalf of Mr. Delgado, from May 29, 2007 to June 8, 2007.

Dated:  May 25, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Tara I. Allen*
_____
TARA I. ALLEN, CA Bar #235549
Staff Attorney

MEAGAN MELANSON
Certified Student Attorney

Attorneys for Defendant
GUADALUPE DELGADO

**ORDER**

For the reasons stated in the defendant's MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS, all pretrial motions shall be filed on or before June 8, 2007.

Dated: May 29, 2007

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

delgado190.ord

MOTION FOR EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS          -3-