DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN, DC Bar #446153
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GUADALUPE DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. Cr.S. 07-190-GGH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| GUADALUPE DELGADO, | ) | Date: December 17, 2007 |
| Defendant. | ) | Time: 9:00 a,m. |
| | ) | Judge: Hon. Gregory G. Hollows |

The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, GUADALUPE DELGADO by and through his counsel LEXI NEGIN, Assistant Federal Defender of the Federal Defenders Office, stipulate that the judgment and sentencing hearing set for October 22, 2007 at 9:00 a.m. be continued to December 17, 2007 at 9:00 a.m.

/ / /

/ / /

/ / /

This continuance is requested because Mr. Delgado has had back surgery and is immobile.

Dated:  October 19, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lexi Negin
_____
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
GUADALUPE DELGADO

Dated: October 19, 2006                MCGREGOR W. SCOTT
                                       United States Attorney


/s/ Matthew Stegman
_____
MATTHEW STEGMAN
Assistant U.S. Attorney

O R D E R

FOR GOOD CAUSE SHOWING, the hearing for judgment and sentencing shall be set on December 17, 2007 at 9:00 a.m.

IT IS SO ORDERED.

Dated:10/25/07                          /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        United States Magistrate Judge

delgado190.ord-2

Name of Pleading                  -2-