DANIEL J. BRODERICK, #89424
Federal Defender
BEN GALLOWAY, Bar #14897
Staff Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GUADALUPE DELGADO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. Cr.S. 07-190-GGH |
| ) | |
| Plaintiff,       ) | |
| ) | STIPULATION AND ORDER |
| v.                                  ) | |
| ) | |
| GUADALUPE DELGADO,            ) | Date: January 16, 2008 |
| ) | Time: 2:00 p.m. |
| Defendant.      ) | Judge: Hon. Gregory G. Hollows |
| ) | |
| _____ ) | |

    The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, GUADALUPE DELGADO by and through his counsel BEN GALLOWAY, Staff Attorney of the Federal Defenders Office, stipulate that the judgment and sentencing hearing set for December 17, 2007 at 9:00 a.m. be continued to January 16, 2008 at 2:00 p.m.

    The reason for this continuance is that Mr. Delgado is unavailable due to continuing medical issues relating to a recent surgery.  In addition, he has a number of medical appointments set in the near

```
future, including one in Red Bluff, California at 9:30 a.m. on the
December 17, 2007,


Dated:   December 11, 2007
                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ Ben Galloway
                                      _____
                                      BENJAMIN GALLOWAY
                                      Staff Attoreny
                                      Attorney for Defendant
                                      GUADALUPE DELGADO


Dated: December 11, 2007              MCGREGOR W. SCOTT
                                      United States Attorney



                                      /s/ Matthew Stegman
                                      _____
                                      MATTHEW STEGMAN
                                      Assistant U.S. Attorney
```

O R D E R

FOR GOOD CAUSE SHOWING, the hearing for judgment and sentencing shall be set on January 16, 2008 at 2:00 p.m.

IT IS SO ORDERED.

```
Dated: 12/18/07                       /s/ Gregory G. Hollows
                                      United States Magistrate Judge
delgado.eot
```

Name of Pleading                    -2-