1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  BEN GALLOWAY, Bar #14897
   Staff Attorney
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  GUADALUPE DELGADO

8

9
                  IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,      ) No. Cr.S. 07-190-GGH
14                                )
              Plaintiff,          )
15                                ) STIPULATION AND ORDER
      v.                          )
16                                )
   GUADALUPE DELGADO,             ) Date:  January 22, 2008
17                                ) Time:  2:00 p.m.
              Defendant.          ) Judge: Hon. Gregory G. Hollows
18                                )
   _____)
19
        The United States of America, through MATTHEW STEGMAN, Assistant
20
   United States Attorney, together with defendant, GUADALUPE DELGADO by
21
   and through his counsel BEN GALLOWAY, Staff Attorney of the Federal
22
   Defenders Office, stipulate that the judgment and sentencing hearing
23
   set for January 16, 2008 at 9:00 a.m. be continued to January 22, 2008
24
   at 2:00 p.m.
25
        The reason for this continuance is that Mr. Delgado is unavailable
26
   due to a medical appointment scheduled on the 16th of January relating
27
   / / /
28

1  to his recent surgery.
2
3  Dated:   January 8, 2008
                                        Respectfully submitted,
4
                                        DANIEL J. BRODERICK
5                                       Federal Defender
6
                                        /s/ Ben Galloway
7                                       _____
                                        BENJAMIN GALLOWAY
8                                       Staff Attoreny
                                        Attorney for Defendant
9                                       GUADALUPE DELGADO
10
11 Dated: January 9, 2008               MCGREGOR W. SCOTT
                                        United States Attorney
12
13
                                        /s/ Matthew Stegman
14                                      _____
                                        MATTHEW STEGMAN
15                                      Assistant U.S. Attorney
16
                            O R D E R
17
        FOR GOOD CAUSE SHOWING, the hearing for judgment and sentencing
18
   shall be set on January 22, 2008 at 2:00 p.m.
19
20     IT IS SO ORDERED.
21
22 Dated: 01/11/08                      /s/ Gregory G. Hollows
                                        United States Magistrate Judge
23 delgado190.eot
24
25
26
27
28

Name of Pleading                    -2-