DANIEL J. BRODERICK, #89424
Federal Defender
BEN GALLOWAY, Bar #214897
Staff Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GUADALUPE DELGADO



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. Cr.S. 07-190-GGH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| GUADALUPE DELGADO, | ) | |
| Defendant. | ) | Judge: Hon. Gregory G. Hollows |
| _____ | ) | |

1.  This defendant was sentenced to 30 days of imprisonment and has a self-surrender date of April 28, 2008 to FCI Herlong.

2.  This defendant has medical conditions which cause him to need assistance getting in and out of bed, further, he can only walk with a walker due to his recent back surgery.  He also requires assistance with bowel movements.  He is taking various medications and will require a hernia operation when he is released.

3.  We have been in contact with Teri McComas from Criminal Designation of the United States Marshals Office who is in contact with the Bureau of Prisons.  They have advised our office that FCI Herlong

1    will not be able to assist Mr. Delgado needs during his 30 days and

2    they will need to re-designate him to a medical facility.

3          4.   Defense counsel has emailed and left messages for Assistant

4    United States Attorney, Matthew Stegman and he not returned our calls.

5          For reasons stated above, it is hereby ordered that Mr.

6    Delgado's self surrender date of Monday, April 28, 2008 be extended to

7    Monday, May 12, 2008 by 2:00 p.m. to give time for the Bureau of

8    Prison's to re-designate.

9    DATED: April 28, 2008              Respectfully submitted,

10                                      DANIEL J. BRODERICK
                                        Federal Defender
11
                                        /s/ Benjamin D. Galloway
12                                      _____
13                                      BENJAMIN D. GALLOWAY
                                        Attorney for Defendant
                                        GUADALUPE DELGADO
14

15                           **O R D E R**

16        **IT IS SO ORDERED.**

17

18   DATED: 04/28/08                    /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE
19   delgado.sur

20

21

22

23

24

25

26

27

28

**2**