DANIEL J. BRODERICK, CA Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, CA Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for the Defendant
GUADALUPE DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag 07-190-GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER FOR TRANSPORTATION AND** |
| v. | ) | **SUBSISTENCE** |
| | ) | |
| GUADALUPE DELGADO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

    This is to authorize and direct you to furnish the above named defendant, GUADALUPE DELGADO, with transportation and subsistence expenses for travel from Red Bluff, California to Sheridan, Oregon to his designated institution of FCI Sheridan, Oregon on May 12, 2008 at 2:00 p.m.  The United States Marshal's Office must furnish Mr. Delgado with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.

IT IS SO ORDERED.

Dated: 05/06/08                              /s/ Gregory G. Hollows

delgado190.trs                               United States Magistrate Judge